ACCEPTED
06-17-00121-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2018 2:14 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-17-00121-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2018 7:48:00 AM
DEBBIE AUTREY
Clerk

IN THE COURT OF APPEALS
FOR THE SIXTH JUDICIAL DISTRICT OF TEXAS
TEXARKANA, TEXAS

**Isabel A. Cortes and Johnny Fernandes,**
Appellants

V.

**Sharon Wendl as Attorney in Fact and a/n/f/ for Ada Edna Hardy,**
Appellee

On Appeal From the Fourth Judicial District Court
RUSK COUNTY, TEXAS

---

## APPELLANTS' FIRST MOTION
## TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

Respectfully submitted,

THE WINFUL LAW FIRM, P.L.L.C.
Robert Winful II, Esq.
State Bar Number: 24079593
Email: robert@thewinfulfirm.com
8035      E.R.L.      THORNTON
FREEWAY, SUITE 530
DALLAS, TX, 75228
Telephone: (214)501-5449
Facsimile: (214)501-0578
**Attorney for Appellants**

# IDENTITY OF PARTIES AND COUNSEL

| **Parties** | **Appellate Counsel** |
|---|---|
| *Appellants*<br>Isabel A. Cortes<br>Johnny Fernandes | Robert Winful II, Esq.<br>The Winful Law Firm, P.L.L.C.<br>8035 E.R.L. Thornton Fwy., Ste. 530<br>Dallas, Texas 75228<br>Telephone: (214) 501-5449<br>Telecopier: (214) 501-0578<br>robert@thewinfulfirm.com |
| *Appellee*<br>Sharon Wendl as Attorney in Fact<br>And a/n/f For Ada Edna Hardy | David H. Hill<br>605 South Main, Suite 202<br>Henderson, Texas 75654<br>Telephone: (903) 657-4100<br>Telecopier: (903) 657-5400<br>dh@davidhillfirm.com |

TO THE HONORABLE SIXTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellants, Isabel A. Cortes and Johnny Fernandes ("Appellants"), file this First Motion to Extend Time to File Appellant's Brief.

Appellants' opening brief is currently due on February 28, 2018.

Counsel for Appellants requests a 30-day extension of time to file its brief, making the brief due on **March 30, 2018**. This is the first request for extension of time to file the opening brief.

Counsel for Appellants relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

▶ Counsel for Appellants, on the evening of February 28, 2018, was confronted with abrupt power outage around *9:17pm* at his Dallas home, which power outage resulted in the loss of work completed previously in his preparation of Appellants' brief. Specifically, counsel for Appellants had previously saved his work completed on Appellants' brief, on his laptop computer, with intentions on completing the citations, attachment of exhibits and indices, etc., and in conformity with the pertinent Appellate rules, at a later time.

However, on the evening of *February 28, 2018*, Counsel for Appellants was met with severe thunderstorms and bad weather in his area, consequently leading

1

to the loss of power and internet at his Dallas home around *9:17pm*. As a result of this abrupt power outage, Counsel for Appellants resorted to the use of his wife's laptop computer, as Counsel for Appellants' laptop, being a much older laptop from law school, required a constant supply of power to stay on—whereas counsel's wife's laptop did not require same.

Counsel for Appellants continued to work in the dark with flashlights and candles on Counsel's wife's laptop (which was a *Mac* computer counsel was not familiar with). Although counsel's Appellants' brief was very near completion, with the only outstanding items as of 9:17pm being the attachment of the exhibits and the editing of citations, counsel realized after inserting the thumb drive containing the saved Appellants' brief into his wife's laptop, that all the work completed towards the very-near completion of Appellants' brief, had been lost.

Counsel for Appellants, sensing the worst, began re-drafting all of the contents of Appellants' brief from memory, with barely a couple of hours remaining to the filing deadline of *11:59 pm* on February 28, 2018. Counsel, however, was unable to re-draft the entire remainder of Appellants' brief which had been previously saved on his laptop and was also unable to recover all of the work previously completed on Appellants' brief either. However, Counsel for Appellants thought it wiser to try to meet the filing deadline by proceeding to still file the incomplete Appellants' brief which had resulted from the abrupt power

2

outage (due to the severe storms occurring in *Dallas, Texas* on the evening of February 28, 2018).

Further, Counsel for Appellants, in reasonable reliance on the *"hotspot internet"* connection from his cell phone, albeit slower than usual, was eventually able to upload the incomplete Appellants' brief onto the Texas *e-file* system after almost *25 minutes* of several interrupted attempts to do so. Despite that counsel initiated these attempts at uploading and filing the incomplete Appellants' brief around 11:30 pm on February 28, 2018, the Appellants' brief, due to unreasonably and unusually slow internet connection from counsel's phone, did not actually upload and successfully file until around *12:05 am*.

To make matters worse, Counsel's wife and *three-year-old* son started exhibiting symptoms of the *flu*, at the time when the *power outage* was still in effect at about *2 am*. Counsel's *wife* would not stop coughing, and she felt very warm to touch. Around the same time, counsel's son was heard screaming and crying in his bedroom (which he shares with his *seven-year-old* brother). Needless to say, counsel did his best to attend to both his wife and son at the same time, by giving son doses of *Pedialyte* and driving out to the *Walmart* for some cough medicine for his wife. Shortly after power returned to counsel's home around *3:30 am*, counsel's wife's symptoms had begun to worsen, while counsel's son's symptoms had begun to subside, seemingly.

There was, thus, the need for Appellants' counsel to spend the day taking over the care of the family from his wife (who, as a *stay-at-home* mom, usually handles such care). After driving the seven-year-old to school that morning, there was a need for Appellants' counsel to take the day off from the office to assist in the care, supervision and quarantine of both our *three-year-old* and *eighteen-month-old* from their mother, whom I suspected had the flu, especially because of the several outbreak and severe symptoms of the flu in the Dallas area in recent weeks.

As a result of these abrupt, unusual and severe circumstances occurring which were beyond Appellants' counsel's control, Appellants' counsel was unable to meet this honorable Court's deadline for the filing of Appellants' brief. Without an extension from this honorable Court, Appellants' counsel will be unable to try additional attempts at recovering the previously-saved Appellants' brief which was very near completion (but for the attachment of exhibits and revision of citations), in order to meet this Court's briefing deadline.

Counsel for Appellants, therefore, humbly seeks this extension of time to be able to finalize the preparation of a cogent and succinct brief to aid this Court in its analysis of the issues presented. This is counsel's very first and only request for such extension, and counsel humbly asserts that request is not sought for delay but so that justice may be done.

The undersigned has attempted to confer with Mr. David Hill, counsel for the Plaintiff/Appellee, but no reply regarding any opposition has been received from him regarding the filing of this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellants request that this honorable Court grant this First Motion to Extend Time to File Appellant's Brief and extend the deadline for filing the Appellant's Brief up to and including **March 30, 2018**.

Appellants request all other relief to which they may be entitled.

Respectfully submitted,

**The Winful Law Firm, P.L.L.C.**

/s/ Robert K. Winful
Robert Winful II, Esq.
State Bar No. 24079593
8035 ERL Thornton Freeway, Suite 530
Dallas, Texas 75228
Telephone: (214) 501-5449
Telecopier: (214) 501-0578
*Attorney for Appellants, Isabel A. Cortes &*
*Johnny Fernandes*

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned attempted to confer with opposing counsel via telephone, but no reply suggesting any opposition was received regarding the filing of this motion.

/s/ Robert K. Winful
Robert Winful II, Esq.

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, I certify that on March 2, 2018, a copy of this motion was served via Texas e-file service, to the following:

David H. Hill
605 South Main, Suite 202
Henderson, Texas 75654
Telephone: (903) 657-4100
Telecopier: (903) 657-5400
dh@davidhillfirm.com

/s/ Robert K. Winful
Robert Winful II, Esq.